**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC LEON CHRISTIAN, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:14-cv-01151-RFB-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

　　This matter is before the Court on Plaintiff's Motion to Strike (Dkt. #5), filed on August 4, 2014. On August 1, 2014, the Court entered Order (Dkt. #3), which dismissed Plaintiff's complaint, but granted him leave to file an amended complaint on or before September 1, 2014. There is no pending complaint in this action at this time and, therefore, no basis for Plaintiff's Motion to Strike. Accordingly,

　　**IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike (Dkt. #5) is **denied**.

　　DATED this 5th day of August, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge